UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| Herbert S. Olson, | Case No. 3:22-cv-00471-ART-CLB |
|---|---|
| Plaintiff, | **ORDER GRANTING** |
| vs. | |
| State of Nevada, Department of Public Safety, Department of Motor Vehicles and DOES 1-10 | **STIPULATION TO EXTEND DEADLINE FOR FILING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |
| Defendants. | |

**STIPULATION TO EXTEND DEADLINE FOR FILING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)**

IT IS HEREBY STIPULATED by and between Plaintiff HERBERT S. OLSON, Pro Se, and Defendants STATE OF NEVADA, DEPARTMENT OF PUBLIC SAFETY, DEPARTMENT OF MOTOR VEHICLES, by and through undersigned counsel, that the deadline to file a Proposed Discovery Plan and Scheduling Order be extended two weeks to Wednesday, August 14, 2024. This is the first stipulation for extension of time to file the Proposed Discovery Plan and Scheduling Order.

Good cause exists for this extension. On July 15, 2024, the Court issued a minute order directing the parties to meet and confer and file a Proposed Discovery Plan and Scheduling Order by July 31, 2024. Defense counsel had been out of the country on family sick leave since July 2, 2024. Defense counsel returned to the office on July 29, 2024, just two (2) days before the deadline. The parties were unable to meet and confer on July 30, 2024. Additional time is needed to meet and confer and to draft a Proposed

Discovery Plan and Scheduling Order. As such, the parties respectfully request that the deadline be extended two weeks to Wednesday, August 14, 2024.

DATED this 31 day of July, 2024                    DATED this 31 day of July, 2024

HERBERT S. OLSON                                    AARON D. FORD
                                                    Attorney General

/s/*Herbert S. Olson*                               /s/ *Jesselyn V. De Luna*
Herbert S. Olson                                    Jesselyn V. De Luna (Bar No. 15031)
*Plaintiff in Pro Per*                              Deputy Attorney General
                                                    *Attorneys for State of Nevada,*
                                                    *Department of Public Safety,*
                                                    *Department of Motor Vehicles*

## ORDER

**IS SO ORDERED:** The Proposed Discovery Plan and Scheduling Order should be filed on or before Wednesday, August 14, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:  August 1, 2024